147 A.3d 1199

IN THE MATTER OF THOMAS M. WOLFE, AN ATTORNEY
AT LAW (ATTORNEY NO. 041782001)

November 4, 2016

## ORDER

This matter having been duly presented pursuant to *Rule* 1:20-10(b), following a granting of a motion for discipline by consent in DRB 16-279 of **THOMAS M. WOLFE** of **METUCHEN**, who was admitted to the bar of this State in 2002;

And the District VIII Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.4(b)(failure to respond to the client's reasonable requests for information about the matter), and *RPC* 1.4(c) (failure to take steps to the extent reasonably necessary to permit the client to make informed decisions regarding the representation);

And the parties having agreed that respondent's conduct violated *RPC* 1.4(b) and *RPC* 1.4(c), and that said conduct warrants a reprimand or lesser discipline;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. VIII–2015–0026E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20-16(e);

And good cause appearing;

It is ORDERED that **THOMAS M. WOLFE** of **METUCHEN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20-17.